Michael H. Gold
350 Fifth Avenue, Suite 6800
New York, New York
10118
Tel (212) 838 0699
Fax (212) 868 0013

July 19, 2017

Hon. Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11201

*Re: United States v. Catalan, et al, 16 CR 403 (JFB)*

Dear Judge Bianco;

    As directed by the Court, I am writing to request permission and authorization to submit interim vouchers and to bill for travel time pursuant to the CJA plan in the above-captioned matter.

    Thank you for your consideration of this application.

Respectfully,

Michael H. Gold