JJD/PGS
F.#2016R01021

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 01 2018   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

RONALD CATALAN,
    also known as "Stranger"
    and "Extrano,"

            Defendant.

- - - - - - - - - - - - - - - - X

O R D E R

16-CR-403 (S-6)(JFB)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys John J. Durham and Paul G. Scotti, it is hereby:

      **ORDERED** that counsel for the defendant, or anyone acting under the direction of defense counsel, may not reproduce, distribute or otherwise disseminate the exhibits, 18 U.S.C. § 3500 and <u>Giglio</u> materials, which will be provided in connection with the upcoming trial;

      **ORDERED** that the defendant not be permitted to bring the exhibits, 18 U.S.C. § 3500 and <u>Giglio</u> materials, or copies thereof, back to the institution in which he is incarcerated; and

  **ORDERED** that nothing in this Order shall prohibit: (a) defense counsel from reproducing and sharing the exhibits, 18 U.S.C. § 3500 and <u>Giglio</u> materials with others acting under the direction of defense counsel; or (b) defense counsel, or others acting under the direction of defense counsel, from displaying or discussing the content of such exhibits, 18 U.S.C. § 3500 and <u>Giglio</u> materials with other persons; provided however, that the restrictions set forth in this Order shall apply to those individuals acting under the direction of defense counsel.

Dated: Central Islip, New York
    Oct. 1, 2018

*Joseph Bianco*
THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK